JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7241
   Facsimile: (415) 436-7234
   owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 08-0443 MMC |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME** |
| v. ) | |
| ) | |
| EARL HARRELL SIMS II, ) | |
| ) | |
| Defendant. ) | |

    On December 24, 2008, the parties in this case appeared before the Court for identification of counsel. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from December 24, 2008, through January 14, 2009, for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best

//

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR08-0443 MMC

1  interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
2  SO STIPULATED:

4                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney

6  DATED: December 29, 2008                _____/s/_____
                                           OWEN P. MARTIKAN
7                                          Assistant United States Attorney

8                                          LAW OFFICES OF STEVEN SHAIKEN

9  DATED: December 29, 2008                _____/s/_____
10                                         STEVEN SHAIKEN
                                           Attorney for Defendant Earl Harrell Sims II

## [PROPOSED] ORDER

As the Court found on December 24, 2008, and for the reasons stated above, an exclusion of time from December 24, 2008, through January 14, 2009, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 12/30/08

HON. ~~JAMES LARSON~~ EDWARD M. CHEN
United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR08-0443 MMC