**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**EARL SIMS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EARL SIMS, ) <br> ) <br> Defendant. ) <br> ———————————————— ) <br> ) | CASE NO.: CR-08-0443-MMC <br><br> STIPULATION AND ORDER TO CONTINUE ~~CASE MANAGEMENT CONFERENCE~~ CHANGE OF PLEA/TRIAL SETTING <br> Date:  July 15, 2009 <br> Time:  2:30 p.m. <br> Place: Courtroom of Maxine M. Chesney, <br>          U.S.  District Court Judge |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT** the change of plea/trial setting for defendant Earl Sims be continued from July 15, 2009 at 2:30 p.m. until July 29, 2009 at 2:30 p.m. Defense counsel has been engaged in trial in the matter of <u>People vs. Jesse James Hollywood</u>, case number 1014465 in Department 14 of the Santa Barbara County Superior Court. This is a capital murder case wherein the defendant is in custody. The penalty phase of this matter has just ended and the jury has begun deliberations. Mr. Kessel has been ordered to stay local should the jury reach a verdict.

The parties further stipulate time be excluded from July 15, 2009 to July 29, 2009 pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv) for continuity of counsel.

1 | DATED: July 14, 2009

2 | s/ Alex R. Kessel                                    s/ Owen Martikan

**IT IS HEREBY ORDERED** this matter is set for ~~July 29, 2009~~ August 5, 2009. **IT IS FURTHER ORDERED** that time is excluded per the stipulation ^(through July 29, 2009) and to serve the ends of justice.

*/s/ Maxine M. Chesney*

Hon. Maxine M. Chesney, United States District Court Judge     July  15 , 2009

2