**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**EARL SIMS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>          Plaintiff,   )<br>           )<br>       v.    )<br>           )<br>EARL SIMS,      )<br>           )<br>          Defendant.   )<br>_____ )<br> | CASE NO.: CR-08-0443-MMC<br><br>**STIPULATION AND ORDER TO CONTINUE** ~~CASE MANAGEMENT CONFERENCE~~ **CHANGE OF PLEA/TRIAL SETTING**<br>Date:  August 5, 2009<br>Time:  2:30 p.m.<br>Place:  Courtroom of Maxine M. Chesney,<br>    U.S. District Court Judge |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT** the change of plea/trial setting for defendant Earl Sims be continued from August 5, 2009 at 2:30 p.m. until August 12, 2009 at 2:30 p.m. Defense counsel will be out of the state on a pre-paid family vacation.

The parties further stipulate time be excluded from August 5, 2009 to August 12, 2009 pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv) for continuity of counsel.

DATED: July 27, 2009

s/ Alex R. Kessel                                                                    s/ Owen Martikan

1

1  **IT IS HEREBY ORDERED** this matter is set for August 12, 2009. **IT IS FURTHER ORDERED**
2  that time is excluded per the stipulation and to serve the ends of justice.

*/s/ Maxine M. Chesney*

Hon. Maxine M. Chesney, United States District Court Judge        July  28 , 2009