JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (177140)
PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorneys

   450 Golden Gate Avenue, 11th floor
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.7234
   Email: patricia.kenney@usdoj.gov

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 08-0443 MMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | PRELIMINARY ORDER |
| ) | OF FORFEITURE |
| EARL HARRELL SIMS II, ) | |
| ) | |
| Defendant. ) | |

UPON CONSIDERATION of the application for a preliminary order of forfeiture filed by the United States, the plea agreement entered on August 12, 2009, the sentencing of defendant on October 7, 2009 at which time the Court ordered defendant Sims to forfeit to the United States approximately $57,378 in United States Currency pursuant to 21 U.S.C. § 853 and that forfeiture became final as to defendant Sims, the judgment against defendant Sims entered on October 8, 2009 in which the forfeiture of $57,378 became a part of defendant's sentence, and for good cause shown, it is by the Court on this __13th__ day of ____October____, 2009

ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, an official government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than

1  the defendant, having or claiming a legal interest in the property must file a petition with the
2  Court and serve a copy on government counsel within thirty (30) days of the final publication of
3  notice or of receipt of actual notice, whichever is earlier.

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge

Prelim. Order of Forfeiture
CR 08-0443 MMC                                    2