**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,              No. CR 08-0443 MMC

10                Plaintiff,

11       v.                                 **ORDER SETTING HEARING ON**
                                            **PETITION TO ADJUDICATE**
12   EARL HARRELL SIMS, II                  **OWNERSHIP OF FORFEITED FUNDS;**
                                            **DIRECTIONS TO CLERK**
13                Defendant.
                                       /
14

15          Before the Court is the Petition for Seized Property and Affidavit,[1] each filed

16   November 13, 2009 by Kap Suk Sims ("Sims"), and by which Sims claims an ownership

17   interest in certain funds ordered forfeited by the Court in the above-titled action.  The Court

18   construes said filings as a petition for a hearing to adjudicate the validity of Sims's alleged

19   interest, pursuant to Title 21, United States Code, Section 853(n).

20          Accordingly, the Court hereby SETS a hearing on the above-referenced matter on

21   Thursday, December 16, 2009 at 10:00 a.m. in Courtroom 7.  See 21 U.S.C. § 853(n)(4)

22   (providing "hearing on the petition shall, to the extent practicable and consistent with the

23   interests of justice, be held within thirty days of the filing of the petition").

24          **IT IS SO ORDERED.**

25   Dated: November 19, 2009

26                                     _____
                                       MAXINE M. CHESNEY
27                                     United States District Judge

28   _____

        [1]Attached to the Affidavit are several exhibits comprising tax returns and bank
     records.  Because the documents contain confidential information, the Clerk is hereby
     DIRECTED to file said exhibits under seal.