United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0443 MMC |
| Plaintiff, | |
| v. | **AMENDED ORDER SETTING HEARING ON PETITION TO ADJUDICATE OWNERSHIP OF FORFEITED FUNDS; DIRECTIONS TO CLERK** |
| EARL HARRELL SIMS, II | |
| Defendant. / | |

Before the Court is the Petition for Seized Property and Affidavit,[1] each filed November 13, 2009 by Kap Suk Sims ("Sims"), and by which Sims claims an ownership interest in certain funds ordered forfeited by the Court in the above-titled action. The Court construes said filings as a petition for a hearing to adjudicate the validity of Sims's alleged interest, pursuant to Title 21, United States Code, Section 853(n).

Accordingly, the Court hereby SETS a hearing on the above-referenced matter on Wednesday, December 16, 2009 at 10:00 a.m. in Courtroom 7. See 21 U.S.C. § 853(n)(4) (providing "hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty days of the filing of the petition").

**IT IS SO ORDERED.**

Dated: November 19, 2009

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] Attached to the Affidavit are several exhibits comprising tax returns and bank records. Because the documents contain confidential information, the Clerk is hereby DIRECTED to file said exhibits under seal.