| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | OWEN P. MARTIKAN (177140)<br>PATRICIA J. KENNEY (CSBN 130238) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, 11th floor<br>San Francisco, CA 94102 |
| 7 | Telephone: 415.436.6857<br>Facsimile:  415.436.7234 |
| 8 | Email: patricia.kenney@usdoj.gov |

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 08-0443 MMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ~~PROPOSED~~ |
| | ) | ~~AMENDED~~ ORDER TAKING |
| EARL HARRELL SIMS II, | ) | DECEMBER 16, 2009 HEARING IN |
| | ) | THE ANCILLARY PROCEEDING |
| Defendant. | ) | OFF CALENDAR |
| | ) | |
| KAP SUK SIMS, | ) | |
| | ) | |
| Petitioner | ) | |

UPON CONSIDERATION of the request of the United States to continue the December 16, 2009 hearing in order for the United States to file a motion for summary judgment, the entire record and for good cause shown, it is by the Court on this __15th__ day of December, 2009,

ORDERED that the hearing which the Court scheduled for December 16, 2009 be, and hereby is, taken off calendar and will be rescheduled at a later date, if necessary; and it is further

ORDERED that the United States may take the deposition of defendant Earl Harrell SIMS II if needed and file its motion for summary judgment on or before January 4, 2010.

FURTHER ORDERED that a Case Management Conference is scheduled for March 17, 2010 at 2:30 p.m.; a Joint Case Management Statement shall be filed no later than March 10, 2010.

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge