```
MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

        450 Golden Gate Avenue
        San Francisco, CA 94102
        Telephone: 415.436.6857
        Facsimile:  415.436.7234
        Email: patricia.kenney@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EARL HARREL SIMS, II,<br><br>　　　　　　Defendant.<br>_____<br>KAP SUK SIMS,<br><br>　　　　　　Petitioner.<br>_____ | No. 08-CR-0443 MMC<br><br>ORDER RE: 2-DAY EXTENSION |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>APPROXIMATELY $57,378 IN UNITED STATES CURRENCY,<br><br>　　　　　　Defendant.<br>_____<br>KAP S. SIMS,<br><br>　　　　　　Claimant.<br>_____ | No. 08-CV-5023 MMC<br><br>ORDER RE: 2-DAY EXTENSION |

1  UPON CONSIDERATION of the unopposed motion of the United States for a 2-day
2  extension of time to file its motion for summary judgment, the entire record and for good cause
3  shown, it is by the Court on this __20____ day of June, 2011,
4  ORDERED that the motion for an extension be, and hereby is, granted; and it is further
5  ORDERED that the United States has to and including June 21, 2011 to file its motion for
6  summary judgment.

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

US Mot. Extend Time 2 Business Days
Nos. 08-CR-0443 and 08-CV-5023            2