1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
    450 Golden Gate Avenue
6      San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile:   415.436.7234
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-CR-0443 MMC |
|     Plaintiff, | |
|     v. | SEALING ORDER RE: KAP SIMS'S TAX RETURNS |
| EARL HARREL SIMS, II, | |
|     Defendant. | |
| KAP SUK SIMS, | |
|     Petitioner. | |
| UNITED STATES OF AMERICA, | No. 08-CV-5023 MMC |
|     Plaintiff, | |
|     v. | SEALING ORDER RE: KAP SIMS'S TAX RETURNS |
| APPROXIMATELY $57,378 IN UNITED STATES CURRENCY, | |
|     Defendant. | |
| KAP S. SIMS, | |
|     Claimant. | |

1    UPON CONSIDERATION OF the United States administrative motion to file under seal
2 copies of Kap Sims tax returns which are exhibits numbered 12-19 and 21-26 to her December 15,
3 2010 deposition, the entire record and for good cause shown, it is by the Court on this __21__ day
4 of June, 2011,
5    ORDERED that the United States's motion be, and hereby is, GRANTED; and it is further
6    ORDERED that Kap Sims tax returns which are exhibits numbered 12-19 and 21-26 to her
7 December 15, 2010 deposition shall be filed under seal until further order of the Court.

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge

Sealing Order Re:
Kap Sims's Tax Returns
No. 08-CR-0443 MMC
No. 08-CV-5023 MMC                    2