MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.7234
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br>EARL HARREL SIMS, II,<br>                Defendant. | No. 08-CR-0443 MMC<br><br>~~PROPOSED~~ ORDER RE: ADMINISTRATIVE MOTION OF THE UNITED STATES |
| KAP SUK SIMS,<br><br>                Petitioner. | |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br>APPROXIMATELY $57,378 IN UNITED STATES CURRENCY,<br>                Defendant. | No. 08-CV-5023 MMC<br><br>~~PROPOSED~~ ORDER RE: ADMINISTRATIVE MOTION OF THE UNITED STATES |
| KAP S. SIMS,<br><br>                Claimant. | |

1  UPON CONSIDERATION of the July 21, 2011 Administrative Motion of the United States,
2  the entire record, and for good cause shown, it is by the Court on this   21st   day of July, 2011
3  ORDERED that the reply of the United States in support of its dispositive motion be and
4  hereby is due on or before August 5, 2011 and the hearing on this motion is rescheduled for August
5  19, 2011; and it is further
6  ORDERED that the Clerk shall allow a representative of the Office of the United States
7  Attorney access to copy the "Opposition Motion for Answering" of Kap Sims which the Court
8  ordered to be filed under seal in its July 21, 2011 order.

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

28  US Admin. Mot. to Extend Time
and Obtain Access to Sealed Opp.
No. 08-CR-0443 MMC
No. 08-CV-5023 MMC                 2