IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EARL HARREL SIMS, II,<br><br>    Defendant.<br>_____ /<br>KAP SUK SIMS,<br><br>    Petitioner<br>_____ /<br>UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $57,378.00 IN UNITED STATES CURRENCY,<br><br>    Defendant.<br>_____ /<br>KAP SUK SIMS,<br><br>    Claimant.<br>_____ / | No. CR 8-0443 MMC<br><br><br><br><br><br>**ORDER DIRECTING CLERK TO FILE CERTIFICATE OF SERVICE AND ATTACHED DOCUMENTS UNDER SEAL**<br><br>No. C 08-5023 MMC |

      Before the Court is petitioner and claimant Kap Suk Sims' ("Sims") "Certificate of Service," filed July 27, 2011 (hereafter, "Certificate"). Sims is hereby ADVISED that her

Certificate does not show she served the opposing party in accordance with Rule 5 of the Federal Rules of Civil Procedure. To constitute proper service, she must also serve <u>the United States Attorney</u> with a copy of any document she files with the Clerk of Court. Nevertheless, in the interest of judicial economy, the Court will not require further service of the documents filed by Sims to date. Any future filings, however, must comply with Rule 5 as set forth above.

Further, the Court hereby DIRECTS the Clerk to file the Certificate and attached documents under seal, as the attached documents consist of materials ordered sealed by the Court on July 21, 2011.[1] The Clerk shall allow a representative of the Office of the United States Attorney to review and copy the Certificate, as well as the attached documents.

**IT IS SO ORDERED.**

Dated: July 29, 2011

MAXINE M. CHESNEY
United States District Judge

---

[1] Although the attached documents also include a declaration by Sims, as well as attachments thereto, which documents, on an earlier date, were electronically filed in the public record (<u>see</u> Case No. C 08-5023, Doc. No. 59), the Court deems it preferable to retain the entirety of the filing intact.