MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.7234
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>                    Plaintiff, ) <br>      v.     ) <br> ) <br> EARL HARREL SIMS, II, ) <br> ) <br>                   Defendant. ) <br> ) <br> KAP SUK SIMS,     ) <br>                   Petitioner. ) | No. 08-CR-0443 MMC <br><br> STIPULATION AND ORDER |
| UNITED STATES OF AMERICA, ) <br> ) <br>                    Plaintiff, ) <br>      v.     ) <br> ) <br> APPROXIMATELY $57,378 IN UNITED ) <br> STATES CURRENCY, ) <br> ) <br>                   Defendant. ) <br> ) <br> KAP S. SIMS,     ) <br>                   Claimant. ) | No. 08-CV-5023 MMC <br><br> STIPULATION AND ORDER |

The parties agree, subject to the Court's approval, that:

1. The parties have discussed proceeding with one of two options to resolve the factual disputes in this case. One option the parties discussed is to have a hearing/trial before the Court at which time the parties would each be able to call witnesses and submit evidence including documentary evidence. The second option is for the parties to agree to submit this case based on the factual record developed and filed in connection with the summary judgment motion. Although the Federal Rules of Evidence apply, the parties agree that the Court can make credibility determinations and weigh the evidence in the factual record. The parties agree to proceed with the second option.

2. On or before September 16, 2011, the parties will submit any additional evidence in support of their positions in the civil case and the criminal ancillary proceeding which has previously not been submitted, and the United States will be permitted to file the corrected copy of the tax return at that time.

3. On or before September 23, 2011, the parties may file brief objections based on the Federal Rules of Evidence the factual record developed and filed. Also, the parties may choose to file a trial brief on or before September 23, 2011. Claimant Kap Sims has requested that the parties also be given one week to file a reply brief, but the undersigned Assistant United States Attorney will be out of town from September 28 until October 5. Accordingly the parties request that they be permitted to file an optional reply brief on or before October 11. Thereafter, the Court will take Kap Suk Sims's claims in the civil case and in the criminal ancillary proceeding under consideration without any additional hearing.

///
///
///
///
///
///

Stip & Order
No. 08-CR-0443 MMC
No. 08-CV-5023 MMC                              2

4.  Based on the foregoing, the case management conference previously scheduled for September 16, 2011 is taken off calendar.

**IT IS SO STIPULATED:**                                    MELINDA HAAG
                                                            United States Attorney

Dated: __September 9__, 2011
                                                            _____/s/_____
                                                            PATRICIA J. KENNEY
                                                            Assistant United States Attorney
                                                            Attorneys for the United States
Dated: __September 8__, 2011
                                                            _____/s/_____
                                                            KAP SUK SIMS
                                                            Petitioner/Claimant *pro se*


**PURSUANT TO THE FOREGOING STIPULATION IT IS SO ORDERED**, with the following exception and modification:

   1. At plaintiff's request, set forth in plaintiff's Case Management Statement filed September 9, 2011, the Case Management Conference was held as initially scheduled.

   2. Pursuant to the parties' further stipulation, entered orally at the Case Management Conference on September 16, 2011, IT IS FURTHER ORDERED that the deadline for objections and trial briefs is EXTENDED to September 30, 2011, and the deadline for reply briefs is EXTENDED to October 18, 2011.


Dated: __September 16__, 2011


                                                            _____
                                                            HONORABLE MAXINE M. CHESNEY
                                                            United States District Judge

Stip & Order
No. 08-CR-0443 MMC
No. 08-CV-5023 MMC                    3